No. 220. JEFFERSON STANDARD LIFE INSURANCE CO. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Fred W. Peel* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Gilbert E. Andrews,* and *Thomas L. Stapleton* for the United States. *William B. Harman, Jr.,* and *Kenneth L. Kimble* for American Life Convention et al. as *amici curiae* in support of the petition.

No. 222. BUNCHER, DBA BUNCHER Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied. *John G. Wayman* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Elliott Moore* for respondent. *Milton A. Smith* for Chamber of Commerce of the United States as *amicus curiae* in support of the petition.

No. 223. GOETT, ADMINISTRATRIX *v.* UNION CARBIDE CORP. ET AL. C. A. 4th Cir. Certiorari denied. *Ernest Franklin Pauley* and *Harvey Goldstein* for petitioner.

No. 224. GOTTHELF ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 293. COMMISSIONER OF INTERNAL REVENUE *v.* GOTTHELF. C. A. 2d Cir. Certiorari denied. *Harvey M. Sklaver* for petitioners in No. 224. *Solicitor General Griswold, Assistant Attorney General Walters, C. Guy Tadlock,* and *Bennet N. Hollander* for petitioner in No. 293 and for respondent in No. 224. Reported below: 407 F. 2d 491.

No. 228. TRI-WALL CONTAINERS, INC. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Charles B. Spencer* for petitioner. *Solicitor General Griswold* for the United States.